**RIVERA & ASSOCIATES**
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 25766
Wendy Motooka, SBN 233589

Attorneys for Defendants:
*County of Sacramento, Sheriff Scott Jones,*
*Cpt. Buehler, Sgt. Milligan, Deputy Iniguez*
*Deputy Ball, Deputy Lloyd, Deputy Madriago,*
*Deputy Trummel, and Deputy Riviera*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, SCOTT JONES, ERIC BUEHLER, CONNOR MILLIGAN, JESSE INIGUEZ, EMILY BALL, KEN LLOYD, MADRIAGO, TRUMMEL, RIVIERA, and DOES 1 THRU 20, <br><br> Defendants. | CASE NO: 2:18-cv-02420-KJM-CKD (PS) <br><br> **ORDER GRANTING DEFENDANTS COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, CPT. BUEHLER, SGT. MILLIGAN, DEPUTY INIGUEZ, DEPUTY BALL, DEPUTY LLOYD, DEPUTY MADRIAGO, DEPUTY TRUMMEL, AND DEPUTY RIVIERA'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants County of Sacramento, Sheriff Scott Jones, Cpt. Buehler, Sgt. Milligan, Deputy Iniguez, Deputy Ball, Deputy Lloyd, Deputy Madriago, Deputy Trummel, and Deputy Riviera's request for a 21-day

////

////

extension of time to file and serve a responsive pleading to Plaintiff's Complaint (Doc. 1), from the current deadline of September 26, 2018 to a due date of October 17, 2018 is granted.

**IT IS SO ORDERED.**

Dated: September 20, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE