UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., | No. 2:18-cv-02420-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On February 7, 2019, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 20.) Plaintiff has filed objections (ECF No. 21), and Defendants have filed a response (ECF No. 22).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2019, are adopted in full;
2. Defendants' motion to dismiss (ECF No. 15) is partially granted and partially denied, as follows:
3. The claims in this action are dismissed as to all Defendants with prejudice, except as to Defendant Lloyd; and
4. Defendant Lloyd shall answer claims of § 1983 excessive force (Claim 5), Bane Act violation (Claim 6), and battery (Claim 10) no later than sixty (60) days after the issuance of this order.

Dated: May 30, 2019

Troy L. Nunley
United States District Judge