UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., | No. 2:18-cv-02420 TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 4, 2020, the magistrate judge filed findings and recommendations, which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 56.) Plaintiff filed objections on March 9, 2020, (ECF No. 57), and Defendants responded to the objections on March 24, 2020 (ECF No. 58).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2020 (ECF No. 56), are ADOPTED IN FULL.
2. Plaintiff's motion to amend (ECF No. 52) is DENIED.

IT IS SO ORDERED.

DATED:  May 12, 2020

                                                      Troy L. Nunley  
                                                      United States District Judge