UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. ALSTON, JR., | No. 2:18-cv-02420-TLN-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants. | |

Plaintiff Eric A. Alston, Jr. ("Plaintiff") appearing *pro se*, brings the instant civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 76.) On November 23, 2020, Plaintiff filed objections to the Findings and Recommendations. (ECF No. 77.)

This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed

1

findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

In his Objections to the Findings and Recommendations, Plaintiff requests that Magistrate Judge Carolyn Delaney be recused and/or disqualified due to purported abuse of discretion and an alleged failure to be impartial. (ECF No. 77 at 1–4.) The Court finds this request is wholly without merit. A motion to disqualify a judge cannot be granted absent a clear showing of "deep-seated favoritism or antagonism that would make fair judgment impossible." *United States v. McTiernan*, 695 F.3d 882, 891–92 (9th Cir. 2012) (quoting *Liteky v. United States*, 510 U.S. 540, 555 (1994)). Even "judicial remarks . . . that are critical or disapproving of, or even hostile to, counsel, the parties, or their cases, ordinarily do not support a bias or partiality challenge." *Id*. at 892; *see also Liteky*, 510 U.S. at 555 ("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion.").

Upon review of the record, the Court finds zero support for Plaintiff's claims of bias or other reason to question the magistrate judge's impartiality. To the contrary, the recommendation to grant summary judgment on Plaintiff's excessive force, California Bane Act, and battery claims was based on security video footage that utterly discredited Plaintiff's allegations, as well as Plaintiff's own retreat from the Complaint's excessive force language during his deposition testimony.[1] (*See* ECF No. 69 at 7–9.) Indeed, the Court cannot imagine a more impartial and

---

[1] To the extent Plaintiff additionally purports to challenge the propriety of Judge Delaney's other rulings throughout the course of this litigation, such as her recommendation to grant Defendants' October 17, 2018 Motion to Dismiss, Plaintiff's arguments are equally without merit. Rather, the Court notes that each of the contested rulings by Judge Delaney was issued in the form of findings and recommendations, which this Court adopted in full, and which Plaintiff failed to timely contest or otherwise seek reconsideration. (*See, e.g.*, ECF Nos. 20, 23, 41, 45, 56, 59.)

objective ruling than one that is based upon clear video footage that, as here, has not been challenged as doctored or altered in any way. (*See generally* ECF No. 72 (Plaintiff's Opposition does not challenge authenticity of video but relies on it for certain arguments)); *see also Scott v. Harris*, 550 U.S. 372, 378 (2007). As such, to the extent Plaintiff's objections may be construed as a Request to Recuse/Disqualify Magistrate Judge Carolyn Delaney, Plaintiff's Request is hereby DENIED.

Plaintiff's remaining Objections appear to claim some form of fraud in the proceedings. (*See* ECF No. 77 at 5–8.) However, these arguments lack any non-conclusory factual predicate or other support. Therefore, Plaintiff's remaining objections are overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 18, 2020 (ECF No. 76), are adopted in full;

2. Defendant's Motion for Summary Judgment (ECF No. 69) is GRANTED;

3. Plaintiff's Request to Recuse/Disqualify Magistrate Judge Carolyn Delaney is DENIED;

4. This action is DISMISSED with prejudice; and

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: December 14, 2020

Troy L. Nunley
United States District Judge

3