UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., | 2:18-cv-02420-TLN-CKD (PS) |
| Plaintiff, | ORDER |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Proceeding pro se, plaintiff commenced this civil rights action on September 4, 2018 against the County of Sacramento and various individual defendants. (ECF No. 1.) On May 31, 2019, the court dismissed all but three causes of action, and all but one defendant, for failure to state a claim. (ECF No. 23.) On December 15, 2020, the court granted defendant's motion for summary judgment as to plaintiff's remaining claims. (ECF No. 78.) Plaintiff appealed the judgment.

On March 7, 2023, the Ninth Circuit Court of Appeals issued an opinion reversing the judgment, in part, and remanding this case for further proceedings. Specifically, the Ninth Circuit held as follows:

> The district court erred in dismissing Alston's Fourth Amendment excessive force, Bane Act, and state law battery and negligence claims against Defendant Riviera because Alston plausibly alleged a sufficiently severe Fourth Amendment intrusion when the complaint

1

> stated that Riviera ordered two officers to forcibly throw Alston from his wheelchair. Alston also plausibly alleged the "specific intent" element of a Bane Act claim and the "injury" elements of battery and negligence claims. Therefore, the district court's decisions on Alston's excessive force, Bane Act, battery, and negligence claims against Riviera are reversed and remanded for further proceedings.

(ECF No. 88 at 3-4 (citations omitted).)[1] As such, defendant Riviera is required to file an answer to plaintiff's complaint.

In accordance with the above, IT IS HEREBY ORDERED:

1. Defendant Riviera shall file an answer to plaintiff's complaint within 30 days of this order.

2. The Clerk of the Court is directed to terminate Ken Lloyd as a defendant in this action.

Dated: April 14, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
Alston18cv2420.answ

---

[1] The Ninth Circuit's mandate issued on March 30, 2023.