UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:18-cv-02420-TLN-CKD<br><br><br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 7, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 100.) No party has filed timely objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed June 7, 2023 (ECF No. 100) are ADOPTED IN FULL;

2. Plaintiff's motion to amend (ECF No. 94) is GRANTED IN PART, and Plaintiff is granted leave to amend the complaint to add the following claims: (a) under the Fourth

1

Amendment for unreasonable seizure/excessive force against defendant Ball, (b) under the Fourteenth Amendment for failure to protect against Ball and Madriago, and (c) under the Bane Act against defendants Ball, Madriago, and the County of Sacramento.

3. Within 30 days from the date of this order, Plaintiff may file a first amended complaint adding only the claims set forth above; and

4. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated: June 29, 2023

Troy L. Nunley
United States District Judge