UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., <br><br>Plaintiff, <br><br>v. <br><br>COUNTY OF SACRAMENTO, et al., <br><br>Defendants. | No. 2:18-cv-02420-TLN-CKD <br><br><br>**ORDER** |

Plaintiff Eric Anthony Alston, Jr. ("Plaintiff") has filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 16, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 129.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 130.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed December 16, 2024 (ECF No. 129) are

1

ADOPTED IN FULL;

2. Plaintiff's Motion for Summary Judgment (ECF No. 118) is DENIED;

3. Defendants' Motion for Summary Judgment (ECF No. 123) is GRANTED; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE